SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Courtney.Strange@usdoj.gov
Attorneys for the United States

FILED ____   RECEIVED ____
ENTERED ____   SERVED ON ____
COUNSEL/PARTIES OF RECORD

SEP 2 3 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No: 2:25-cr-0296-CDS-EJY |
| v. | **VIOLATION:** |
| DAVID TORRES, | 18 U.S.C. § 751(a) – Escape |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
Escape
(18 U.S.C. § 751(a))

On or about ~~July~~ June CCS 29, 2025, in the State and Federal District of Nevada,

**DAVID TORRES,**

defendant herein, did knowingly escape from federal custody and failed to report to the GEO Care Federal Reentry Center, Las Vegas, Nevada, an institution and facility in which he was to be lawfully confined at the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the District of Nevada upon conviction for the commission of Possession of a Firearm by a Convicted

Felon in violation of 18 U.S.C. §§ 922(g)(1), and 924(a)(2), all in violation of Title 18, United States Code, Section 751(a).

DATED: this 23rd day of September 2025.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
Acting United States Attorney

COURTNEY STRANGE
Assistant United States Attorney

2