TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Courtney.Strange@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>David Torres,<br><br>   Defendant. | 2:25-cr-00296-GMN-EJY<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between COURTNEY STRANGE, Assistant United States Attorney, counsel for the United States of America, and CHRIS RASMUSSEN, counsel for Defendant DAVID TORRES, that the calendar call currently scheduled for February 3, 2026, at 9:00 a.m., be vacated and continued to February 9, 2026, at 9:00 a.m.; trial currently scheduled for February 9, 2026, at 8:30 a.m., be vacated and continued to February 16, 2026 at 8:30 a.m.; and the deadline to file any and all pretrial motions and notices of defense currently scheduled for December 29, 2025,

be vacated and continued to February 6, 2025, or at dates and times convenient to the Court, but no sooner than 30 (30) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including February 6, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 11, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 13, 2026, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials to be provided.

3. The defendant is incarcerated and objects to the continuance.

4. Defense counsel and the government agree to the short continuance.

5. Finally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in

2

computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue pretrial motions and trial date filed herein.

DATED this 12th day of January, 2026.

CHRIS RASMUSSEN                TODD BLANCHE
                              Deputy Attorney General

/s/ Chris Rasmussen           /s/ Courtney Strange
CHRIS RASMUSSEN               COURTNEY STRANGE
Counsel for David Torres      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>David Torres,<br><br>    Defendant. | Case No. 2:25-cr-00296-GMN-EJY<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES (Third, Second Request, respectively)** |

IT IS THEREFORE ORDERED that the calendar call currently scheduled for February 3, 2026, at 9:00 a.m., be vacated and continued to February 9, 2026, at 9:00 a.m.; trial currently scheduled for February 9, 2026, at 8:30 a.m., be vacated and continued to February 16, 2026 at 8:30 a.m.; and the deadline to file any and all pretrial motions and notices of defense currently scheduled for December 29, 2025, be vacated and continued to February 6, 2025.

DATED this _____ day of January, 2026.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE.

4